# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:10-cr-203-008 (TLW)</u> |
| | ) | USM No: <u>20523-171</u> |
| -versus- | ) | <u>Pro se</u> |
| | ) | Defendant's Attorney |
| **Takeya Denise Green** | ) | |
| | ) | |
| Date of Previous Judgment: July 18, 2011 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ <u>the defendant</u>  ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is **DENIED** <u>(Doc.# 582)</u>.  This case does not qualify because Defendant was sentenced pursuant to the new guidelines.

**IT IS SO ORDERED**.


Order Date:     <u>July 30, 2012</u>                                                                s/ Terry L. Wooten
                                                                                                                       *Judge's signature*


Effective Date:                                                                                       <u>Terry L. Wooten, United States District Judge</u>
*(if different from above)*